**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       In the Interest of M.A.A., A.M.V., N.A.V., J.A.V., children

Appellate case number:     01-20-00709-CV

Trial court case number:   2019-02310J

Trial court:               313th District Court of Harris County

       This appeal involves the termination of the parent-child relationship.  Appellant, K.G.V., has filed an unopposed motion to extend time to file her brief.  The motion is **GRANTED**. Appellant's brief is **due on December 28, 2020**.

       Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date of the notice of appeal was filed so far as reasonably possible.  *See* TEX. R. JUD. ADMIN. 6.2, reprinted in TEX. GOV'T CODE ANN., tit. 2, subtit. F app. For this reason, no additional extensions of time to file a brief will be granted absent extraordinary circumstances.  *See* TEX. R. APP. P. 38.6(d).

       It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                    Acting individually

Date:  December 10, 2020